ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Pacific Northern Environmental Corporation | ) ASBCA Nos. 61666-ADR, 61667-ADR |
| | ) 61668-ADR, 61669-ADR |
| | ) |
| Under Contract No. N69450-12-C-1257 | ) |

APPEARANCE FOR THE APPELLANT:　　　Johnathan M. Bailey, Esq.
　　　　　　　　　　　　　　　　　　　Bailey & Bailey, P.C.
　　　　　　　　　　　　　　　　　　　San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:　　Craig D. Jensen, Esq.
　　　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　Susannah M. Mitchell, Esq.
　　　　　　　　　　　　　　　　　　　Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WOODROW

　　　　The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

　　　　It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $320,000.00. This amount is inclusive of Contract Disputes Act interest.

　　　　Dated: December 9, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kenneth D. Woodrow
　　　　　　　　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　　　　　　　　of Contract Appeals

(Signatures continued)

I concur                                                        I concur


RICHARD SHACKLEFORD                                J. REID PROUTY
Administrative Judge                                        Administrative Judge
Acting Chairman                                               Vice Chairman
Armed Services Board                                      Armed Services Board
of Contract Appeals                                           of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61666-ADR, 61667-ADR, 61668-ADR, 61669-ADR, Appeals of Pacific Northern Environmental Corporation, rendered in conformance with the Board's Charter.

Dated:  December 9, 2020


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals